Paul D. Powell (7488)
Ryan T. O'Malley (12461)
**THE POWELL LAW FIRM**
8918 Spanish Ridge Avenue, Suite 100
Las Vegas, Nevada 89148
Phone: 702.728.5500 | Fax: 702.728.5501
paul@tplf.com | romalley@tplf.com
Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JAMES PITTILLO, an individual,<br><br>          Plaintiff,<br>vs.<br><br>METROPOLITAN LIFE INSURANCE COMPANY, a foreign corporation; FARMERS INSURANCE EXCHANGE, a domestic limited liability company; DOES I-X, and ROE CORPORATIONS I-X, inclusive,<br><br>          Defendants. | Case No. 2:22-cv-00032-JCM-VCF<br><br>**STIPULATION AND ORDER TO EXTEND PLAINTIFF'S RESPONSE DEADLINE TO DEFENDANT FARMERS PROPERTY & CASUALTY INSURANCE COMPANY'S MOTION TO COMPEL PLAINTIFF TO PROVIDE SUPPLEMENTAL RESPONSES TO WRITTEN DISCOVERY AND TO PRODUCE DOCUMENTS**<br><br>**(FIRST REQUEST)** |

       Plaintiff James Pittillo ("Pittillo") stipulates with Defendant Farmers Property & Casualty Insurance Company's ("Farmers") to extend Plaintiff James Pittillo's deadline to respond to Defendant Farmers' Motion to Compel (Doc. #21) by 21 days. This extension sets the new response deadline on May 25, 2023.

. . .

. . .

. . .

- 1 -

The parties are attempting to negotiate an amicable resolution to the discovery dispute raised in that motion, and the stipulated extension is intended to allow the parties additional time to resolve the matter informally, if possible.

Dated May 4, 2023.

**ATTORNEYS FOR PLAINTIFF**

By: */s/ Ryan O'Malley*
Paul D. Powell (7488)
Ryan T. O'Malley (12461)
**THE POWELL LAW FIRM**
8918 Spanish Ridge Avenue, Suite 100
Las Vegas, NV 89148

Dated May 4, 2023.

**ATTORNEYS FOR DEFENDANT FARMERS PROP. & CAS. INS. CO.**

By: */s/ Priscilla L. O'Briant*
Priscilla L. O'Briant (10171)
**TYSON & MENDES**
2835 St. Rose Parkway, Suite 140
Henderson, NV 89052

and

David Feldman (5947)
Ryan T. O'Malley (11604)
**THE FELDMAN FIRM**
8831 West Sahara Avenue
Las Vegas, NV 89117
Attorneys for Defendant Metropolitan Life Insurance

## ORDER

IT IS SO ORDERED.

Dated this 9th day of May 2023.

_____
UNITED STATES MAGISTRATE JUDGE

- 2 -