David J. Feldman, Esq.
Nevada Bar No. 5947
Rachel J. Holzer, Esq.
Nevada Bar No. 11604
THE FELDMAN FIRM, P.C.
8831 West Sahara Avenue
Las Vegas, Nevada 89117
Telephone:  (702) 949-5096
Facsimile:  (702) 949-5097
dfeldman@feldmanattorneys.com
rholzer@feldmanattorneys.com
*Attorneys for Farmers Property and Casualty Insurance Company*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JAMES PITTILLO, individually, | Case No.: 2:22-cv-00032-JCM-VCF |
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| vs. | |
| FARMERS PROPERTY AND CASUALTY INSURANCE COMPANY, a domestic limited liability company; DOES I-X inclusive; and ROE CORPORATIONS I-X, inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff James Pittillo, by and through his counsel of record Thomas Stewart, Esq., of The Powell Law Firm and Defendant Farmers Property and Casualty Insurance Company, by and through its counsel of record David J. Feldman, Esq., and Rachel J. Holzer, Esq of The Feldman Firm, that Case No. 2:22-cv-00032-JCM-VCF, entitled *James Pittillo V.  Farmers Property and Casualty Insurance Company* is hereby dismissed with prejudice and that these parties agree to bear their own attorney's fees and costs and any interest.

///

///

| | | |
|---|---|---|
| 1 | | |
| 2 | **IT IS SO STIPULATED** | 6/29/23 /s/ David J. Feldman |
| 3 | | |
| 4 | | |
| 5 | 6/29/23 /s/ Traysen N. Turner | David J. Feldman, Esq.<br>Nevada Bar No. 5947 |
| 6 | | Rachel J. Holzer, Esq.<br>Nevada Bar No. 11604 |
| 7 | | THE FELDMAN FIRM<br>8831 W. Sahara Ave. |
| 8 | Paul D. Powell, Esq.<br>Nevada Bar No. 7488 | Las Vegas, Nevada 89117 |
| 9 | Ryan T. O'Malley, Esq.<br>Nevada Bar No. 12461 | dfeldman@feldmanattorneys.com<br>*Attorneys for Defendants* |
| 10 | Thomas W. Stewart, Esq.<br>Nevada Bar No.14280 | |
| 11 | Traysen N. Turner, Esq.<br>Nevada Bar. No. | |
| 12 | THE POWELL LAW FIRM<br>8918 Spanish Ridge Ave., Suite 100 | 6/29/23 /s/Priscilla L. O'Briant |
| 13 | Las Vegas, NV 89148<br>tturner@tplf.com | |
| 14 | *Attorneys for Plaintiff* | |
| 15 | | Priscilla L. O'Briant<br>Nevada Bar No. 10171 |
| 16 | | 2835 St. Rose Parkway, Suite 140<br>pobriant@TysonMendes.com<br>Henderson, Nevada 89052 |
| 17 | | |
| 18 | **ORDER** | |

   IT IS HEREBY ORDER, ADJUDGED AND DECREED that, pursuant to stipulation of the parties, Case No. 2:22-cv-00032-JCM-VCF, entitled *James Pittillo V. Farmers Property and Casualty Insurance Company* is hereby dismissed with prejudice, and that all parties are responsible for their own attorney's fees and costs and any interest.

   Dated July 6, 2023.                                  **IT IS SO ORDERED.**

THE FELDMAN FIRM

Submitted By: /**s**/*David J. Feldman*
David J. Feldman, Esq.
Nevada Bar No. 5947                                     _____
Rachel J. Holzer, Esq.                                  **U.S. DISTRICT JUDGE**
Nevada Bar No. 11604
8831 West Sahara Avenue
Las Vegas, Nevada 89117
*Attorneys for Defendants Farmers Property and Casualty Insurance Company*

2

## Receptionist

| | |
|---|---|
| **From:** | Zaira Baldovinos <zbaldovinos@tplf.com> |
| **Sent:** | Thursday, June 29, 2023 11:16 AM |
| **To:** | Traysen Turner; Receptionist; pobriant@TysonMendes.com; Dave Feldman; Rachel Holzer |
| **Subject:** | RE: Pittillo |
| **Attachments:** | SAO to dismiss with Prejudice .pdf |

Good morning,

Please be advised that our office is in receipt of the settlement check for our client.

You may affix Attorney Traysen Turner's e-signature for SAO to Dismiss.

Thank you,

*Zaira Baldovinos*

Litigation Release Specialist
**The Paul Powell Law Firm**
8918 Spanish Ridge Ave., Suite 100
Las Vegas, Nevada 89148
Direct Line: (702) 997-8990 Fax: (702) 728-5501



CONFIDENTIAL AND PRIVILEGED: This attorney-client communication is intended only for the person named above. If you are not the person named above, or the employee or agent responsible for delivery of the information contained herein, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please destroy it and notify me via reply email. Thank you.

**From:** Traysen Turner <tturner@tplf.com>
**Sent:** Monday, June 26, 2023 3:41 PM
**To:** Zaira Baldovinos <zbaldovinos@tplf.com>
**Subject:** FW: Pittillo



**From:** Receptionist <mlabozan@feldmanattorneys.com>
**Sent:** Monday, June 26, 2023 2:10 PM
**To:** Priscilla O'Briant <pobriant@TysonMendes.com>; Traysen Turner <tturner@tplf.com>

1

**Cc:** Dave Feldman <dfeldman@feldmanattorneys.com>; Rachel Holzer <rholzer@feldmanattorneys.com>
**Subject:** Pittillo

Please see attached draft Stipulation and Order for Dismissal with Prejudice for your review and signature.

Thank you and have an awesome day!

Michelle M. Labozan
Assistant/Paralegal
To:   Atty. David J. Feldman, Esq.
Rachel J. Holzer, Esq.
The Feldman Firm
8831 W. Sarah Ave.
Las Vegas, NV  89117
702-949-5096
702-949-5097
mlabozan@feldmanattorneys.com

## Receptionist

**From:** Priscilla O'Briant <pobriant@TysonMendes.com>
**Sent:** Thursday, June 29, 2023 11:32 AM
**To:** Receptionist
**Subject:** RE: Pittillo

You are authorized to submit with my electronic signature. Thank you.



Priscilla L. O'Briant
**Partner**
Please note our address has changed.
2835 St. Rose Pkwy., Suite 140
Henderson, NV  89052
Phone: 702.724.2648
Direct: 725.605.4347
Fax: 702.410.7684
pobriant@tysonmendes.com
www.tysonmendes.com

*This email and any attachments are from the law firm of Tyson & Mendes, LLP. This email is intended only for the use of the addressee and may contain information that is proprietary, confidential, privileged, or protected by state or federal law. If you are not the intended recipient, any disclosure, copying, distribution, or use of the contents of this email and attachments are prohibited. If you received this email in error, please notify us by reply email immediately so we may arrange for the retrieval of the information.*

**From:** Receptionist <mlabozan@feldmanattorneys.com>
**Sent:** Thursday, June 29, 2023 11:25 AM
**To:** Priscilla O'Briant <pobriant@TysonMendes.com>
**Subject:** Pittillo
**Importance:** High

Good morning.

Please find attached. Can you please review and sign.

Thank you and have an awesome day!

Michelle M. Labozan
Assistant/Paralegal
To:  Atty. David J. Feldman, Esq.
Rachel J. Holzer, Esq.
The Feldman Firm
8831 W. Sarah Ave.
Las Vegas, NV  89117
702-949-5096
702-949-5097
mlabozan@feldmanattorneys.com